## THE J. C. REICHERT.

## THE JAMES ROY.

(Circuit Court of Appeals, Second Circuit. January 15, 1919.)

No. 158.

Appeal from the District Court of the United States for the Southern District of New York.

Libel by Anthony J. Golden against the steam tugs J. C. Reichert and James Roy, their engines, etc.; the Reichert Towing Line, Incorporated, claimant. Decree for libelant (258 Fed. 79), and claimant appeals. Affirmed.

Foley & Martin, of New York City (**William J.** Martin and George V. A. McCloskey, both of New York City, of counsel), for appellant.

Park & Mattison, of New York City (Henry E. Mattison, of New York City, of counsel), for appellee.

Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.